

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-28-2001

# Page v. Bartels

Precedential or Non-Precedential:

Docket 01-1943

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Page v. Bartels" (2001). *2001 Decisions.* Paper 141.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/141

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
          IN THE UNITED STATES COURT OF APPEALS
               FOR THE THIRD CIRCUIT

                   No.  01-1943
            _____


          DONALD PAGE; GERTRUDE WATERS; HAROLD EDWARDS;
        KATHY EDWARDS; WILLIAM COSTLY; CAROL G. SCANTLEBURY;
         JOSE A. CABEZA; VICTOR CABEZA; ANTONIO J. ALMEIDA;
           MARIO H. NENO; DAVID VARGAS; ELVI VASQUEZ;
          JOSEPH ARTEAGA; FRED SHAW; CHARLES ROBINSON;
               AARON COLLINS; ALLEN BARNHARDT;
             THE STATE SENATE REPUBLICAN MAJORITY;
          ASSEMBLY REPUBLICAN MAJORITY, Appellants

                         v.

       LARRY BARTELS; RICHARD CODEY; SONIA DELGADO; THOMAS GIBLIN;
        LEWIS GREENWALD; BONNIE WATSON-COLEMAN, in their official
      capacity as Members of the STATE OF NEW JERSEY APPORTIONMENT
       COMMISSION; DEFORST B. SOARIES, JR., Secretary of the State of
     New Jersey; JOHN FARMER, Attorney General of the State of New Jersey
           _____


          On Appeal From the United States District Court
                  For the District of New Jersey
                   (D.C. Civ. No. 01-cv-01733)
            District Judge: Honorable Dickinson R. Debevoise
           _____


                    Argued: April 23, 2001

          Before: BECKER, Chief Judge, GARTH and GREENBERG
                      Circuit Judges.

               (Opinion Filed: April 23, 2001)

                _____


                    ORDER AMENDING OPINION
                _____
```

The slip opinion filed April 23, 2001 is amended as follows:

1.  On page 20, second paragraph, line 11, insert "[or her]" after "his."

2.  On page 22, footnote 10, line 5, change the word "in" to "before."

3.  On page 25, first full paragraph, line 9, capitalize the "S" in the word "State."

4.  On page 29, line 6, the phrase should read "to avoid also postponing."

5.  On page 32, first full paragraph, line 2, the line should read" the Legislature
from postponing by statute the time of the."

BY THE COURT:



/s/ Edward R. Becker
Chief Judge

DATED:    June 25, 2001
.